AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Chad McAllister and Jordan McAllister, individually and as husband and wife; Mind Smoothie, LLC, an Arizona limited liability company; Chad's Videos, LLC, an Arizona limited liability company; et al. <br> *Plaintiff(s)* <br> v. <br> Alan Halls and Tamara Halls, individually and as husband and wife; Course Saver, LLC, an Arizona limited liability company; and Course Saver, LLC, a Utah limited liability company, etc., et al. <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Alan Halls, 1142 E. 2000 North, Lehi, UT  84043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradley D. Weech
Jackson White, P.C.
40 N. Center St., Suite 200
Mesa, AZ 85201
480-464-1111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
*Signature of Clerk or Deputy Clerk*